**UNITED STATES DISTRICT COURT**
**for the**
**DISTRICT OF MASSACHUSETTS**

```
                                    FILED
                                CLERKS OFFICE
                              2014 NOV 21  PM 2 21
                                 U.S. DISTRICT COURT
                                 DISTRICT OF MASS.
```

RICHARD HARTFIELD          )
          Plaintiff        )
                           )
v.                         )
                           )  C.A.#
MASSACHUSETTS BAY          )
TRANSPORTATION AUTHORITY,  )
and HERBY JEAN             )
          Defendants       )
                           )

## NOTICE OF REMOVAL

(pursuant to 28 U.S.C. §1441)

Defendant, Massachusetts Bay Transportation Authority ("MBTA"), hereby serves notice of removal, pursuant to 28 U.S.C. §1441, from the Superior Court Department of the Trial Court of Massachusetts in the action of *Richard Hartfield v. MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, et al*, now pending in the Suffolk Superior Court, Boston, Massachusetts, as Civil Action No. SUCV2014-03232-D.

As grounds for this Notice of Removal, the MBTA submits that:

1) This action alleges various civil rights violations by police and the MBTA. The Complaint explicitly alleges violations of "federal law" (Complaint par. 23) and 42 U.S.C., §§ 1981, 1983, and 1985 (Complaint, par. 27). Accordingly, this action "arises under the Constitution, treaties or laws of the United States" as required by 28 U.S.C. §1441;

2) This removal is timely as it is within thirty (30) days after the MASSACHUSETTS BAY TRANSPORTATION AUTHORITY received the Complaint via mail;

3)    Defendant, Herby Jean, has not been served. Therefore, his assent is not required. However, on information and belief, he does not oppose this removal.


WHEREFORE, the Defendant, MBTA, hereby removes this action.

Respectfully submitted
for the MBTA

Kevin S. McDermott, BBO#544513
Assistant General Counsel
M.B.T.A. Law Department,
Ten Park Plaza, Suite 7760
Boston, MA 02116
Tel: (617) 222-4756
Email:kmcdermott@mbta.com

CERTIFICATE OF SERVICE
I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT
WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER
PARTY
11- 21- 2014